## ALLIS ET AL. VS. STATE BANK.

Mr. Justice SCOTT delivered the opinion of the court, affirming the judgment, upon the same state of facts as presented in the case of *Danley et al. vs. State Bank*.

WATKINS, C. J., not sitting.